UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAC HOME LOANS SERVICING, LP, et al., <br><br> Defendants. | Case No. 2:14-cv-00256-MMD-NJK <br><br> ORDER |

Defendant Bank of America, N.A. ("BANA") removed this case based on diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Dkt. no. 1.) Plaintiff Premier One Holdings, Inc. has moved to remand and BANA does not oppose remand. (Dkt. nos. 7 and 13.) It is therefore ordered that Plaintiff's Motion to Remand (dkt. no. 7) is granted. The Clerk is instructed to close this case.

DATED THIS 11th day of March 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE